UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSE QUEZADA,
                              Plaintiff,

                      -against-

ARCADE BELTS, INC.,
                             Defendants.
------------------------------------------------------------X

21 Civ. 3461 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated May 24, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is currently scheduled for July 1, 2021, at 10:50 a.m.;

    WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **June 28, 2021, at noon**. If Plaintiff has not been in communication with Defendant, he shall file a status letter regarding his efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **June 28, 2021, at noon**.

Dated: June 25, 2021
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE