

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

June 28, 2021

**VIA ECF**

Hon. Judge Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**Plaintiff's application is GRANTED. Plaintiff shall file an affidavit of service by July 28, 2021. The initial conference scheduled for July 1, 2021, is adjourned to August 5, 2021, at 10:50 a.m.**

Dated: June 28, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Quezada v. Arcade Belts Inc.; Civil Action No. 1:21-cv-3461-LGS

Dear Judge Schofield,

    The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for July 1, 2021. It is now June 28, 2021, and Defendant has yet to appear in this case. By way of background, Plaintiff filed the Complaint on April 20, 2020, and has tried to attempt service at the address listed as the registered agent of Defendant without success. Counsel for Plaintiff is in contact with the process server and believes they have now determined a correct address at which to serve Defendant.

    In light of the above, Counsel for Plaintiff requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

    Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq.